AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

*(stamp: UNITED STATES DISTRICT COURT · APR 3 0 2026 · ANDREW W. MOELLER, CLERK · WESTERN DISTRICT OF NY)*

**United States of America**

v.

Case No. 25-mj- 26-5154

**MIGUEL SAUCEDO-CUEVAS**

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of April 20, 2026, in the County of Erie, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(1).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

LANCE R. VAN DUSEN
U.S. BORDER PATROL AGENT
UNITED STATES BORDER PATROL
*Printed name and title*

Sworn to before me and signed telephonically.

Date: April 30, 2026

_____
*Judge's signature*

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State:  Buffalo, New York

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK   )
COUNTY OF ERIE        )    SS:
CITY OF BUFFALO      )

I, Lance R. Van Dusen, being duly sworn, depose and say that:

1.    I am a United States Border Patrol Agent with the United States Border Patrol, within the Department of Homeland Security (DHS), stationed in Buffalo, New York. I have been employed as a Border Patrol Agent for sixteen (16) years.  In such capacity, my official duties include investigating individuals who have violated federal immigration laws and other related federal statutes. I have conducted and participated in investigations relating to unauthorized re-entry into the United States, in violation of Title 8, United States Code, Section 1326(a) and 1326(b)(1).

2.    As a Border Patrol Agent, I am authorized to investigate violations of laws of the United States, and I am a Law Enforcement Officer with the authority to effectuate arrests and execute criminal complaints and warrants issued under the authority of the United States. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Section 1326(a) and 1326(b)(1).

3.    I make this Affidavit in support of the Criminal Complaint charging Miguel Angel SAUCEDO-CUEVAS (hereinafter "SAUCEDO-CUEVAS"), an alien, born in 1990 in Mexico, with having been found in the United States after having been previously removed

or deported from the United States, without first applying to the Attorney General or the Secretary of the Department of Homeland Security, for permission to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a) and 1326(b)(1).

4.    The statements contained in this affidavit are based upon my personal observations, my training and experience, my review of database checks and official records, and upon information provided to me by other U.S. Border Patrol agents and other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant did knowingly violate Title 8, United States Code, Section 1326(a) and 1326(b)(1).

## PROBABLE CAUSE

5.    On or about April 20, 2026, Buffalo Border Patrol Station Targeting Unit (TU) Agents in collaboration with Homeland Security Investigations (HSI) arrested two (2) illegal aliens as part of the national security missions established under Operation Unified Alliance and Operation Safeguard in Buffalo, New York, within the Western District of New York.

6.    TU Agents and HSI Agents were conducting targeted surveillance at a residence in Buffalo, NY. Agents identified two vehicles at this address bearing out-of-state license plates, record checks revealed both vehicles were registered to individuals unlawfully present in the United States.

2

7.      One of the vehicles at the residence was a black Sport Utility Vehicle (SUV). Agents had previously identified this vehicle at a worksite in Buffalo, NY where individuals unlawfully present in the United States were being employed. Record checks revealed that the registered owner of the black SUV was an individual unlawfully present in the United States from Mexico. The other vehicle at the residence was a white pickup truck. Agents had previously identified this vehicle at a worksite in Buffalo, NY where individuals unlawfully present in the United States were being employed. Record checks revealed that the registered owner was SAUCEDO-CUEVAS. Further record checks revealed that SAUCEDO-CUEVAS was previously ordered removed from the United States.

8.      Agents witnessed two individuals exit the residence and get into the black SUV. The individual who got into the driver's seat closely resembled the description of the registered owner. The passenger was seen retrieving items from the white pickup and then getting into the black SUV. A few moments later the black SUV departed from the residence with two Hispanic males occupying the vehicle. Agents followed the vehicle away from the residence and maintained surveillance.

9.      Agents followed the black SUV until a traffic stop could safely be initiated, agents activated the emergency lights on their vehicles and the black SUV yielded. Agents approached the black SUV, wearing their agency issued marked outer vests and identified themselves as being immigration officers with their respective agencies.

10.      HSI SA Roeder asked the driver to provide identification. The driver provided

3

an international driver's document bearing his name and photo. Upon further questioning, the driver stated he had come into the United States on a visa a few years ago. The driver then freely admitted that he no longer had a valid visa and was illegally present in the United States. Agents then asked the passenger, later identified as SAUCEDO-CUEVAS, for identification documents. SAUCEDO-CUEVAS stated he did not have any identification to provide. SAUCEDO-CUEVAS advised Agents that his name was "Miguel" and provided no further information regarding his identity. However, upon further questioning, SAUCEDO-CUEVAS did freely admit that he was illegally present in the United States. SAUCEDO-CUEVAS and the other individuals were taken into custody and transported to the Buffalo Border Patrol Station for further processing.

11.    As a part of processing, an electronic scan of SAUCEDO-CUEVAS's fingerprints were taken to verify his identity and any immigration history he may have in the United States. This query resulted in an identical biometric match revealing that SAUCEDO-CUEVAS had been issued an FBI number and Fingerprint Identification Number.

12.    Criminal and immigration database record checks associated with SAUCEDO-CUEVAS's fingerprints revealed the following:

   a. SAUCEDO-CUEVAS is a native and citizen of Mexico.

   b. On or about May 30, 2016, SAUCEDO-CUEVAS was found to be in the United States illegally and arrested by the United States Border Patrol in Carrizo Springs, Texas and ordered removed by an Agency official.

   c. On or about May 30, 2016, SAUCEDO-CUEVAS was served a warning regarding removal or deportation.

   d. On or about May 31, 2016, SAUCEDO-CUEVAS was physically removed

4

from the United States via the International Bridge in Del Rio, Texas.

e.  On or about June 16, 2016, SAUCEDO-CUEVAS was apprehended by the United States Border Patrol in Carrizo Springs, Texas and served a Reinstatement of a Prior Order of Removal.

f.  On or about June 21, 2016, SAUCEDO-CUEVAS was convicted of the misdemeanor offense of illegal entry in violation of Title 8, United States Code, Section 1325. He was sentenced to twenty-five (25) days of incarceration.

g.  On or about July 8, 2016, SAUCEDO-CUEVAS was physically removed from the United States via the International Bridge in Del Rio, Texas.

h.  On or about December 20, 2016, SAUCEDO-CUEVAS was apprehended by the United States Border Patrol in El Paso, Texas.

i.  On or about December 20, 2016, SAUCEDO-CUEVAS was served a Reinstatement of Prior Order of Removal.

j.  On or about February 13, 2017, SAUCEDO-CUEVAS was convicted of the felony offense of illegal re-entry in violation of Title 8, United States Code, Section 1326(a). He was sentenced to fifty-five (56) days of incarceration.

k.  On or about February 28, 2017, SAUCEDO-CUEVAS was physically removed from the United States via El Paso, Texas subsequent to a conviction for commission of a felony offense.

13.    There is no record that SAUCEDO-CUEVAS had applied for or received any authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to re-enter the United States after his last removal.

14.    Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that on or about April 20, 2026, within the Western District of New York, Miguel Angel SAUCEDO-CUEVAS, an alien who was removed from the United States on or about February 28, 2017, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the

5

Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a) and 1326(b)(1).

LANCE R. VAN DUSEN
U.S. Border Patrol Agent
United States Border Patrol

Sworn and subscribed to before me telephonically on this 28th day of April 2026.

HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge

6